UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAD MICHAEL COTE,<br><br>Defendant. | Case No. 2:21-cr-000263-BLW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by the United States Magistrate Judge. (Dkt. 40). On February 24, 2022, Defendant Brad Michael Cote appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to the charges contained in Count 1 of the Indictment (Dkt. 1), and that it was entered voluntarily and with full knowledge of the consequences. No objections to the Report and Recommendation have been filed.

The Court has reviewed the record and finds that the requirements of Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir.

**ORDER ADOPTING REPORT AND RECOMMENDATION- 1**

2003).  Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists.  *See id.*

The Court finds that it has been clearly shown that exceptional reasons exist for Defendant's continued release pursuant to 18 U.S.C. § 3145(c). Accordingly, Defendant shall remain released pending sentencing, pursuant to all conditions and requirements set forth in the Court's prior release Orders.

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. 40) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that Defendant's release pending sentencing, subject to the standard and additional considerations of release previously imposed in the Order Setting Conditions of Release, as modified (Dkt. 15, 29), is continued for the reasons set forth in the Report and Recommendation. (Dkt. 40.)

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crime charged in Count One of the Indictment (Dkt. 1) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

**ORDER ADOPTING REPORT AND RECOMMENDATION- 2**

IT IS FURTHER ORDERED that Defendant Brad Michael Cote is found to be GUILTY as to the applicable crime charged in the Indictment. (Dkt 1).

IT IS FURTHER ORDERED that Defendant shall remain released pending sentencing subject to the previously imposed Conditions of Pretrial Supervision.

DATED: March 21, 2022

B. Lynn Winmill
U.S. District Court Judge